UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

INTERNAL FIXATION SYSTEMS INC.

Case No. 12-39145-BKC-RAM

Chapter 7

Debtors.                                     /

## TRUSTEE'S VERIFIED NOTICE OF ABANDONMENT

> Any parties objecting to said abandonment must file a written objection with the United States Bankruptcy Court, 51 S.W. First Avenue, Room 1517, Miami, FL 33130, with a copy to the undersigned Trustee in Bankruptcy. Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 days after the date of service of this notice.

TO:    ALL INTERESTED PARTIES AND CREDITORS

NOTICE IS HEREBY GIVEN THAT:

JACQUELINE CALDERIN, Trustee in Bankruptcy herein, pursuant to 11 U.S.C. § 554(a), hereby abandons the estate's interest in the Public Corporation Shell (the "Corporation").

The Trustee has determined that there is no equity in the Corporation for the benefit of the estate, and as such, the Corporation is burdensome to the estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via transmission of Notices of Filing generated by CM/ECF to those parties registered to receive electronic notice of filing in this case and via U.S. Mail where indicated to the parties listed on the attached Service List on August 20, 2015.

By: /s/
JACQUELINE CALDERIN
*Chapter 7 Trustee*
247 SW 8th Street, #880
Miami, Florida 33130
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com

```
Label Matrix for local noticing          AACJ Properties LP                      Beauperthuy Enterprises
113C-1                                    c/o Richard L Richards                  c/o Richard L Richards
Case 12-39145-RAM                         232 Andalusia Ave #202                  232 Andalusia Ave #202
Southern District of Florida              Coral Gables, FL 33134-5913             Coral Gables, FL 33134-5913
Miami
Thu Mar  7 14:08:19 EST 2013

Bromson Investemts LTD                    Internal Fixation Systems, Inc.         J Bones Holdings LLC
c/o Richard L Richards                    5901 SW 74 St                           c/o Richard L Richards
232 Andalusia Ave #202                    Ste 408                                 232 Andalusia Ave #202
Coral Gables, FL 33134-5913               So Miami, FL 33143-5164                 Coral Gables, FL 33134-5913


KAKT Inc                                  Miami-Dade County Tax Collector (Windley)  Star Medical Equipment
c/o Richard L Richards                    140 W Flagler St                        c/o Phillip E Goss, Jr.
232 Andalusia Ave #202                    Miami, FL 33130-1575                    1172 S Dixie Hghway #188
Coral Gables, FL 33134-5913                                                       Coral Gables, FL 33146-2918


3D Medical Manufacturing, Inc.            3D Medical Manufacturing, Inc.          5901 South Miami, LLC
% Roger C. Hurd, Esq.                     1006 W 15 St                            2665 S. Bayshore Dr, M-104
8295 N Military Tr, Ste A                 Riviera Beach, FL 33404-6708            Coconut Grove, FL 33133-5402
Palm Beach Gardens, FL 33410-6312


A1 Calibration Laboratory                 AACJ Properties LP                      AHA Holdings, LLC
3450 W 84 St, Ste 103                     % Alexander Angueira, P.L.L.C.          % Stanley L. Martin, Esq.
Miami, FL 33155                           Plaza 57                                Martin Aequitas, P.A.
                                          7301 SW 57 Ct, Ste 515                  2002 E 4 Ave
                                          So Miami, FL 33143-5339                 Tampa, FL 33605-5216


AHA Holdings, LLC                         AT&T                                    Abby Dresnick
5866 SW 107 St                            PO Box 105262                           711 Sunset Rd
Miami, FL 33156-4137                      Atlanta, GA 30348-5262                  Coral Gables, FL 33143-6266


Alan Selner                               Amscot Corporation                      Amtrust North America
% Alexander Angueira, P.L.L.C.            Department C                            PO Box 318004
Plaza 57                                  PO Box 25137                            Cleveland, OH 44131-8004
7301 SW 57 Ct, Ste 515                    Tampa, FL 33622-5137
So Miami, FL 33143-5339


Arica Finnieston                          Arica Finnieston                        Associated Telephone Tech, Inc.
% Douglas C. Hiller, Esq.                 6050 SW 81 St                           9921 SW 198 St
Arica Finnieston                          So Miami, FL 33143-8122                 Miami, FL 33157-8619
Ste 300
Coral Gables, FL 33146


Austell Center for Foot & Ankle Surgery   Beauperthuy Enterprises                 BlueCross BlueShield of Florida
1650 Mulkey Rd                            % Alexander Angueira, P.L.L.C.          PO Box 45303
Austell, GA 30106-1186                    Plaza 57                                Jacksonville, FL 32232-5303
                                          7301 SW 57 Ct, Ste 515
                                          So Miami, FL 33143-5339


Bromson Investment Ltd.                   CNC Associates, Inc.                    CNC Associates, Inc.
% Alexander Angueira, P.L.L.C.            2900 Challenger Pl                      File 51160
Plaza 57                                  Oxnard, CA 93030-7288                   Los Angeles, CA 90074-1160
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339
```

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

Case Continuum
14 Tinker Ave
Londonderry, NH 03053-2030

Christopher D. Endara
18020 SW 83 Ave
Miami, FL 33157-6119

Christopher David Endara
% Christopher Utrera, Esq.
25 W Flagler St, PH
Miami, FL 33130-1712

Christopher David Endara
% Luis Cabassa, Esq.
1110 N Fla Ave
Ste 300
Tampa, FL 33602

Christopher David Endara
18020 SW 83 Ave
Miami, FL 33157-6119

Christopher D. Endara
11767 South Dixie Highway, #313
Pinecrest, FL 33156

Christopher Lopez
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Christopher Reeves
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Christopher Wong
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Chuck Rennert, Esq.
Rennert Vogel Mandler & Rodriguez, P.A.
100 SE 2 St, Ste 2900
Miami, FL 33131-2119

City of South Miami
Code Enforcement Dept
6130 Sunset Dr, 2 Fl
So Miami, FL 33143-5040

Corporate Stock Transfer, Inc.
3200 Cherry Creek Dr S
Ste 430
Denver, CO 80209-3246

Cost Containment, Inc.
PO Box 90
Latham, NY 12110-0090

Daniel Chan
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Daniel Helme
2051 SE 3 St
TH# 3
Deerfield Beach, FL 33441-5197

Daniel Segina
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

David P. Reiner, Esq.
Attorney for Creditor, Jesus Coro
Reiner and Reiner, PA
9100 S. Dadeland Boulevard, Suite901
Miami, FL 33156-7815

Dept of Regulatory and Economic
Resources - Small Business Dev
111 NW 1 St, 19 Fl
Miami, FL 33128-1922

ESMA
450 W Taft Dr
South Holland, IL 60473-2055

Edgar Agents
195 Route 9 South, Ste 204
Manalapan, NJ 07726-8294

Equisolve, LLC
2455 E Sunrise Blvd, Ste 1201
Fort Lauderdale, FL 33304-3115

FLORIDA DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 6668
TALLAHASSEE, FL 32314-6668

Fedex
PO Box 660481
Dallas, TX 75266-0481

Florida Department of Revenue
Unemployment Tax
5050 W Tennessee St
Tallahassee, FL 32399-0110

Fort Wayne Metals
9609 Ardmore Ave
Fort Wayne, IN 46809-9625

GMP Labeling Inc.
6806 Fallsbrook Court
Granite Bay, CA 95746-6519

Galloway Office Supplies
10201 NW 21 St
Miami, FL 33172-2518

Gary Hill
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Gary L. Lowery, MD
% Steven J. Rothman, Esq.
Jones Foster et al.
505 S Flagler Dr, Ste 1100
West Palm Beach, FL 33401-5950

Gary L. Lowery, MD
5635 Clifton Lane
Jacksonville, FL 32211-6907

Gary Matzner
2525 Ponce de Leon Blvd
Ste 400
Coral Gables, FL 33134-6044

Georg Ghawi
3040 Oasis Grand Boulevard
Apt 907
Fort Myers, FL 33916-1536

George Ghawi
8205 SW 163 St
Miami, FL 33157-3634

George Kolettis
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Gesswein Co. Inc.
255 Hancock Ave
Bridgeport, CT 06605-2400

Goldstein Schechter Koch, P.A.
4000 Hollywood Blvd, Ste 215
Hollywood, FL 33021-1227

Goldstein Schechter Koch, P.A.
Attn: Accounts Receivable
2121 Ponce De Leon Blvd.
11 FL
Coral Gables, FL 33134

Gracin & Marlow
Mission Bay Office Plaza
20283 State Rd 7, Ste 300
Boca Raton, FL 33498-6903

Gregg Lacoste
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Henry A. Brown, CPA
6225 Lagorce Dr
Miami Beach, FL 33140-2120

Intelligent Orthopaedics Limited
% Raymond L. Robinson, Esq.
Robinson & Associates, P.A.
1501 Venera Ave, Ste 300
Coral Gables, FL 33146-3032

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

J Bones Holdings, LLC
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Jaime Carbonell
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Jaime Carbonell
13865 Farmer Rd
Palmetto Bay, FL 33158-1321

Jay A. Higgins
c/o Bengal Partners
701 US Hwy 1, Ste 401
North Palm Beach, FL 33408-4514

Jeremy Schwartz
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Jesus (Jesse) Coro
% Samuel B. Reiner, II, Esq.
Reiner & Reiner, P.A.
9100 S. Dadeland Blvd., Ste 901
Miami, FL 33156-7815

Jesus Coro
David Reiner, Esq.
Attorney for Creditor, Jesus Coro
Reiner and Reiner, PA
9100 South Dadeland Boulevard, Suite 901
Miami, FL 33156-7815

Jonathan Blum
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Jose Montenegro
7195 SW 22 St
Miami, FL 33155-1626

Juno, Inc.
1040 Lund Blvd
Anoka, MN 55303-1089

Kakt, Inc.
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Kara Dunne
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Karen Keller
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Kari Kolettis
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Kenneth C. West
% Raymond L. Robinson, Esq.
1501 Venera Ave
Ste 300
Coral Gables, FL 33146-3032

Laura Cattabriga
% Raymond L. Robinson, Esq.
1501 Venera Ave
Ste 300
Coral Gables, FL 33146-3032

Laura Cattabriga
7430 Center Bay Dr
No Bay Village, FL 33141-4014

| | | |
|---|---|---|
| Linear Mold & Engineering, Inc.<br>12926 Stark Rd<br>Livonia, MI 48150-1526 | MCC Capital<br>655 Business Ctr Dr<br>Ste 250<br>Horsham, PA 19044-3448 | MSC Industrial Supply<br>Dept CH0075<br>Palatine, IL 60055-0001 |
| MSC Industrial Supply Co<br>75 Maxess Rd<br>Melville NY 11747-3151 | Mallah Furman<br>1001 Brickell Bay Dr, Ste 1400<br>Miami, FL 33131-4938 | Mark Merlin<br>% Alexander Angueira, P.L.L.C.<br>Plaza 57<br>7301 SW 57 Ct, Ste 515<br>So Miami, FL 33143-5339 |
| Matthew James Endara<br>18020 SW 83 Ave<br>Miami, FL 33157-6119 | Matthew Mendez-Zfass<br>% Alexander Angueira, P.L.L.C.<br>Plaza 57<br>7301 SW 57 Ct, Ste 515<br>So Miami, FL 33143-5339 | Medical Publishing<br>PO Box 489<br>Riesel, TX 76682-0489 |
| Miami-Dade County Tax Collector<br>Paralegal Unit<br>140 W Flagler St, 14 FL<br>Miami, FL 33130-1561 | Miami-Dade County Tax Collector (Windley)<br>140 West Flagler Street, Suite 1403<br>Miami, Florida 33130-1561 | Michael D. Pangia<br>Martin Aequitas, P.A.<br>2002 East 4th Avenue<br>Tampa, FL 33605-5216 |
| Michael Melchior<br>% Alexander Angueira, P.L.L.C.<br>Plaza 57<br>7301 SW 57 Ct, Ste 515<br>So Miami, FL 33143-5339 | Neisser Burgos<br>% Alexander Angueira, P.L.L.C.<br>Plaza 57<br>7301 SW 57 Ct, Ste 515<br>So Miami, FL 33143-5339 | NeoMetrix Technologies, Inc.<br>4044 W Lake Mary Blvd, Unit 104<br>PMB 203<br>Lake Mary, FL 32746-2012 |
| Norman F Williams, Jr.<br>18444 SW 294th Terrace<br>Homestead, FL 33030-2442 | Norman F. Williams<br>18444 SW 294 Terr<br>Homestead, FL 33030-2442 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| PR Newswire Inc.<br>PO Box 5897<br>New York, NY 10087-5897 | Peak One Opportunity Fund, L.P.<br>Attn: Jason Goldstein<br>100 S Pointe Dr, Suite 2807<br>Miami Beach, FL 33139-7386 | Quality Solutions and Support, LLC<br>9381 Oak Grove Cir<br>Davie, FL 33328-6936 |
| Quill Corporation<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | Quill.com<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | RMS<br>PO Box 509<br>Richfield, OH 44286-0509 |
| Renovis<br>Attn: John C. Steinmann, CEO<br>1901 W. Lugonia Ave<br>Redlands, CA 92374-9703 | Robert Dunne<br>% Alexander Angueira, P.L.L.C.<br>Plaza 57<br>7301 SW 57 Ct, Ste 515<br>So Miami, FL 33143-5339 | Robert Keller<br>% Alexander Angueira, P.L.L.C.<br>Plaza 57<br>7301 SW 57 Ct, Ste 515<br>So Miami, FL 33143-5339 |
| Robert Kuechenberg<br>% Kuechenberg Unlimited, Inc.<br>2519 Arbor Dr<br>Fort Lauderdale, FL 33312-4729 | Robert M. Hoffman, Esq.<br>9155 S. Dadeland Blvd.<br>Ste 1012<br>Miami, FL 33156-2738 | Robert Norton<br>% Alexander Angueira, P.L.L.C.<br>Plaza 57<br>7301 SW 57 Ct, Ste 515<br>So Miami, FL 33143-5339 |

Safety-Kleen Systems, Inc.
8755 NW 95 St
Miami, FL 33178-1462

Scott Barczewski
1900 N Bayshore Dr, Apt 2216
Miami, FL 33132-3011

Southern Tool
1480 SW 3 St, Bay C-2
Pompano Beach, FL 33069-3234

Southwick & Meister, Inc.
1455 N Colony Rd
Meriden, CT 06450-1979

Stacey Steinlauf
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Star Medical Equipment Rental, Inc.
% Laline Concepcion-Velasco, Esq.
8105 NW 155 St
Miami Lakes, FL 33016-5872

Star Medical Equipment Rental, Inc.
10100 NW 116 Way, Ste 18
Miami, FL 33178-1154

Stephen J. Dresnick
c/o Abby Dresnick
711 Sunset Rd
Coral Gables, FL 33143-6266

Stephen Quinnan
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

Steven Steinlauf
% Alexander Angueira, P.L.L.C.
Plaza 57
7301 SW 57 Ct, Ste 515
So Miami, FL 33143-5339

SwissTech Machinery, LLC
C 8815 Conroy-Windermere Rd
Ste 374
Orlando, FL 32835

Tew Cardenas LLP
Four Seasons Tower, 15 Fl
1441 Brickell Ave
Miami, FL 33131-3431

TriRx Medical
4406 Exchange Ave, Ste 101
Naples, FL 34104-7024

U.S. Securities and Exchange Commission
950 E Paces Ferry Rd, Ste 900
Atlanta, GA 30326-1382

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Uline
2200 South Lakeside Drive
Waukegan, IL 60085-8311

Zephyrhills direct
PO Box 856680
Louisville, KY 40285-6680

Brian Ryniker
1200 Brickell Ave #700
Miam, FL 33131-3256

Christopher Lopez
c/o Richard L Richards
232 Andalusia Ave #202
Coral Gables, FL 33134-5913

Christopher Reeves
c/o Richard L Richards
232 Andalusia Ave #202
Coral Gables, FL 33134-5913

Christopher Wong
c/o Richard L Richards
232 Andalusia Ave #202
Coral Gables, FL 33134-5913

Daniel Chan
c/o Richard L Richards
232 Andalusia Ave #202
Coral Gables, FL 33134-5913

Daniel Helme
2051 SE 3 St
Deerfield Beach, FL 33441-5197

Daniel Segina
c/o Richard L Richards
232 Andalusia Ave #202
Coral Gables, FL 33134-5913

Gary Hill
c/o Richard L Richards
232 Andalusia Ave #202
Coral Gables, FL 33134-5913

George Kolettis
c/o Richard L Richards
232 Andalusia Ave #202
Coral Gables, FL 33134-5913

Gregg Lacoste
c/o Richard L Richards
232 Andalusia Ave #202
Coral Gables, FL 33134-5913

Hugh Quinn
1205 Mariposa Ave #215
Coral Gables, FL 33146-3249

Jacqueline Calderin
47 SW 8 St #860
Miami, FL 33130-3523

Jaime Carbonell
c/o Richard L Richards
232 Andalusia Ave #202
Coral Gables, FL 33134-5913

| | | |
|---|---|---|
| Jeffrey Blum<br>c/o Richard L Richards<br>232 Andalusia Ave #202<br>Coral Gables, FL 33134-5913 | Jeremy Schwartz<br>c/o Richard L Richards<br>232 Andalusia Ave #202<br>Coral Gables, FL 33134-5913 | Kara Dunne<br>c/o Richard L Richards<br>232 Andalusia Ave #202<br>Coral Gables, FL 33134-5913 |
| Karen Keller<br>c/o Richard L Richards<br>232 Andalusia Ave #202<br>Coral Gables, FL 33134-5913 | Keri Kolettis<br>c/o Richard L Richards<br>232 Andalusia Ave #202<br>Coral Gables, FL 33134-5913 | Mark Merlin<br>c/o Richard L Richards<br>232 Andalusia Ave #202<br>Coral Gables, FL 33134-5913 |
| Matthew Mendez-Zfass<br>c/o Richard L Richards<br>232 Andalusia Ave #202<br>Coral Gables, FL 33134-5913 | Michael Melchior<br>c/o Richard L Richards<br>232 Andalusia Ave #202<br>Coral Gables, FL 33134-5913 | Neisser Burgos<br>c/o Richard L Richards<br>232 Andalusia Ave #202<br>Coral Gables, FL 33134-5913 |
| Peter D. Russin Esq<br>200 S Biscayne Blvd. #3200<br>Miami, FL 33131-5323 | Robert Dunne<br>c/o Richard L Richards<br>232 Andalusia Ave #202<br>Coral Gables, FL 33134-5913 | Robert Norton<br>c/o Richard L Richards<br>232 Andalusia Ave #202<br>Coral Gables, FL 33134-5913 |
| Stacey Steinlauf<br>c/o Richard L Richards<br>232 Andalusia Ave #202<br>Coral Gables, FL 33134-5913 | Stephen Quinnan<br>c/o Richard L Richards<br>232 Andalusia Ave #202<br>Coral Gables, FL 33134-5913 | Steven Steinlauf<br>c/o Richard L Richards<br>232 Andalusia Avenue #202<br>Coral Gables, FL 33134-5913 |

JM Partners LLC
ATTN: John Marshall
6800 Paragon Place Suite 202
Richmond, VA 23230-1656

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

(d)Internal Revenue Service
Special Procedures - Insolvency
PO Box 17167 Stop 5730
Attn: Bankruptcy Unit
Fort Lauderdale, FL 33318

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Volcano Capital, LLC        (u)Miami        End of Label Matrix
                                                Mailable recipients   164
                                                Bypassed recipients     2
                                                Total                 166